**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| Curtis Harris, on behalf of himself and all others similarly situated, | Civil File No. 24-cv-01453-JWB-ECW |
| Plaintiff, | |
| v. | |
| My Credit Guy, L.L.C., | |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Based upon the parties' Joint Stipulation to Extend Time to Answer or Otherwise Respond to Complaint, IT IS HEREBY ORDERED that Defendant My Credit Guy, LLC's deadline to answer or otherwise respond to the Complaint is extended to June 13, 2024.

BY THE COURT:

_____
The Honorable Elizabeth Cowan Wright
Magistrate Judge, District of Minnesota